**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DWIGHT EGBERT,** | ) | **CASE NO. 1:25 CV 236** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **MEDINA COUNTY** | ) | **ORDER** |
| **DISTRICT LIBRARY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

*Pro se* Plaintiff Dwight Egbert filed this action under the Americans with Disabilities

Act, 42 U.S.C. § 12132, and 42 U.S.C. § 1983.  The pleading contains very few facts.  He

simply states that he was treated unfairly in his employment due to his disability and was forced

to resign.  He seeks monetary damages for emotional distress, litigation expenses, and punitive

damages.

Plaintiff is notified that, as written, his Complaint may be subject to dismissal for failure

to state a claim upon which relief may be granted.   He shall have thirty (30) days from the date

of this Order to amend his Complaint to set forth a cognizable claim for relief.  Plaintiff is

further notified that if a legally sufficient amended Complaint is not filed within the time period

specified in this Order, this action may  be dismissed. *Catz v. Chalker*, 142 F.3d 279 (6th Cir.

1998); *Tingler v. Marshall*, 716 F.2d 1109, 1112 (6th Cir. 1983).

In addition, Plaintiff paid the full filing fee for this action.  He therefore is responsible to secure service of process on the Defendant in accordance with Federal Civil Procedure Rule 4. To do this, he must provide the Court with two completed Summonses for each Defendant.  The Court will them complete its portion of the form and issue them to Plaintiff to include with the copy of the Complaint that is served on the Defendant.  Plaintiff has not provided the Court with completed Summonses.  He is directed to provide completed Summonses with the Court within thirty (30) days.

**IT IS SO ORDERED**.

_____   3/19/2025
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**